## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA          :

vs.                                                  :   CRIMINAL NO.:  23-CR-00064-KD

FRANKLIN JAVIER PEREZ-RIOS,     :


## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT


Pursuant to the Report and Recommendation of the United States Magistrate Judge (doc. 30) and without any objection having been filed, Defendant's plea of guilty to Counts One, Two, Four, Five, Six, Seven, Eight, Eleven, and Fifteen of the Indictment charging wire fraud is accepted and Defendant is adjudged guilty of such offenses

The sentencing hearing is scheduled for **December 1, 2023 at 1:00 p.m. Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama  36602.

**DONE and ORDERED** this the 11th day of September 2023.


s/Kristi  K. DuBOSE
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE